# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORP.<br><br>PLAINTIFF(S)<br>v.<br>SOUTHERN CALIFORNIA EDISON Co.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-10001 MRW<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  MICHAEL R. WILNER , ~~District~~ ~~Judge~~, presiding; the issues having been duly tried and the jury having duly rendered its verdict.
Magistrate

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

ExxonMobil

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Southern California Edison

recover of the plaintiff(s) its costs of action, taxed in the sum of  TBD .

Clerk, U. S. District Court

Dated:  March 3, 2016            By  Veronica McKamie
                                    Deputy Clerk

At: _____

cc:   Counsel of record

CV-44 (11/96)           JUDGMENT ON THE VERDICT FOR DEFENDANT(S)