# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EXXONMOBIL OIL CORP. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 12-10001 MRW |
| v. | |
| SOUTHERN CALIFORNIA EDISON Co. | **AMENDED JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable MICHAEL R. WILNER, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

ExxonMobil

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Southern California Edison

recover of the plaintiff(s) its costs of action, taxed in the sum of $50,824.27.

Clerk, U. S. District Court

Dated: April 26, 2017

By *Veronica Piper*
Deputy Clerk

cc: Counsel of record

CV-44 (11/96)      **AMENDED JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**